JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KENYON DARRELL BROWN,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SAN BERNARDINO POLICE ARRESTING OFFICERS FOR CASE#FSB1600204 2016, et al.,<br><br>　　　　　Defendants. | Case No. 5:21-cv-01441-RGK (JDE)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Action Pursuant to 28 U.S.C. § 1915(g), IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: October 19, 2021

　　　　　　　　　　　　　　　　　*/s/ Gary Klausner*
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　United States District Judge